

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-26-00106-CV

———————————————

WIER & ASSOCIATES, INC., Appellant

V.

1200 TRINITY FALLS INVESTMENTS, LLC, 1500 TRINITY FALLS INVESTMENTS, LLC, 6400 LAKE FOREST INVESTMENTS, LLC, 4000 GANZER INVESTMENTS, LLC, 4600 GANZER INVESTMENTS, LLC, 2010 LONG TAIL TRAIL INVESTMENTS, LLC, 2020 LONG TAIL TRAIL INVESTMENTS, LLC, AND W^3 OWNER, L.P. D/B/A W3 LUXURY LIVING, A TEXAS LIMITED PARTNERSHIP, Appellees

On Appeal from the 141st District Court
Tarrant County, Texas
Trial Court No. 141-363218-25

Before Kerr, Birdwell, and Bassel, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered "Appellant's Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: May 21, 2026